**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.    12-cv-01244-JPG-PMF |
| BLACKMON'S, INC., d/b/a Blackmon's Plaza, LEWIS  E. LAGRANT and ROSE M. LAGRANT, | ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND  ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 39).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action

without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented

a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is

**DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 25, 2013

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE